UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE UNIVERSITY, | CASE NO. C18-361RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| PHYTELLIGENCE, INC., | |
| Defendant. | |

Plaintiff, Washington State University, filed the Complaint in this matter on March 8, 2018. Dkt. #1. A summons was issued on March 9, 2018. Dkt. #2. Defendant has appeared, but Plaintiff has not otherwise filed any proof that Defendant was properly served. Neither party has taken any action in this matter since Defendant's appearance on March 29, 2018.

Subsequent to filing this action, Plaintiff removed a similar state court action (in which Phytelligence sued Plaintiff) to this Court. *See Phytelligence, Inc. v. Washington State University*, C18-405RSM (March 19, 2018). In the Joint Status Report filed in that action, the parties indicate that Defendant has not been served in this action and note that the time limit for service imposed by Federal Rule of Civil Procedure 4(m) has expired. *Phytelligence, Inc. v. Washington State University*, C18-405RSM, Dkt. #28 at 3 (June 28, 2018).

//

//

ORDER – 1

Accordingly, **no later than twenty-one (21) days from the date of this Order**, Plaintiff shall SHOW CAUSE why this case should not be dismissed for failure to prosecute.

Dated this 29 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2